IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DREXEL RAMONE CORNISH,**                                                                         **PLAINTIFF**
**ADC # 148691**

NO.   4:11CV00589-JMM-BD

**POPE COUNTY DETENTION CENTER**                                 **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.**      **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody. Mr. Cornish–or any party–may file written objections to this Recommendation.

Objections must be specific and must include the factual or legal basis for the objection. An objection to a factual finding must identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. A copy will be furnished to the opposing party.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

     Mail objections and "Statements of Necessity" to:

     Clerk, United States District Court
     Eastern District of Arkansas
     600 West Capitol Avenue, Suite A149
     Little Rock, AR 72201-3325

**II.** **Discussion**

On July 28, 2011, Plaintiff Drexel Ramone Cornish, an inmate housed at the Grimes Unit of the Arkansas Department of Correction, filed this case *pro se* under 42 U.S.C. § 1983. (Docket entry #2)  An Order was entered on August 15, 2011, granting Mr. Cornish's motion for leave to proceed *in forma pauperis*, and directing him to file an amended and substituted complaint within thirty days identifying and naming as Defendants those individuals at the Pope County Detention Center who violated his rights; and explaining how each named Defendant injured him.

Mr. Cornish was also advised that any request for money damages would have to be against named Defendants sued in their individual capacities.  He was also told that his amended complaint could proceed against Pope County, Arkansas, only if he alleged that he was harmed as a result of an unconstitutional Pope County policy or custom.  That unconstitutional policy or custom would have to be explained in his amended complaint.

The time for filing the amended complaint has passed, and Mr. Cornish has not complied with the August 15, 2011 Order.  Mr. Cornish was warned that failure to comply with the Court's Order could result in dismissal of his case.

### III.  Conclusion

Because Mr. Cornish has not complied with the Order, the Court recommends that Judge Moody dismiss this case, without prejudice, under Local Rule 5.5(c)(2).

DATED this 20th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE