# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DREXEL RAMONE CORNISH,**                                                        **PLAINTIFF**
**ADC # 148691**

NO.   4:11CV00589-JMM-BD

**POPE COUNTY DETENTION CENTER**                                          **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Cornish's claims in this case are dismissed, without prejudice, in accordance with Local Rule 5.5(c)(2) for his failure to comply with the Court's Order of August 15, 2011.

IT IS SO ORDERED, this 11th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE